No. 91–286. BISHOP *v.* DELCHAMPS ET AL. C. A. 11th Cir. Motion of Henry F. Schaefer III et al. for leave to file a brief as *amici curiae* granted.

No. 91–293. SOUTHERN PACIFIC TRANSPORTATION CO. *v.* HERNANDEZ. Ct. App. Tex., 4th Dist. Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted.

No. 91–5591. IN RE VASTELICA. Petition for writ of mandamus denied.

No. 91–5568. IN RE HOLLINGSWORTH;
No. 91–5589. IN RE VIGIL; and
No. 91–5643. IN RE DENSON. Petitions for writs of mandamus and/or prohibition denied.

No. 90–1791. CONNECTICUT NATIONAL BANK *v.* GERMAIN, TRUSTEE FOR THE ESTATE OF O'SULLIVAN'S FUEL OIL CO., INC. C. A. 2d Cir. Certiorari granted.

No. 90–1802. NATIONWIDE MUTUAL INSURANCE CO. ET AL. *v.* DARDEN. C. A. 4th Cir. Certiorari granted.

No. 90–1972. UNITED STATES *v.* WILLIAMS. C. A. 10th Cir. Certiorari granted.

No. 90–1947. YEE ET AL. *v.* CITY OF ESCONDIDO, CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari granted limited to Questions 1 and 2 presented by the petition.

No. 91–5118. MORGAN *v.* ILLINOIS. Sup. Ct. Ill. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 90–1724. WEILER *v.* MISSOURI. Ct. App. Mo., Western Dist. Certiorari denied.